IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LABORERS COMBINED FUNDS OF WESTERN PENNSYLVANIA, et al., )<br>)<br>Plaintiff,                          )<br>)<br>v.                                     )<br>)<br>JOHN E. RINAMAN and VIRGINIA RINAMAN, )<br>i/a/t/d/b/a RINAMAN MASONRY,          )<br>)<br>Defendants.                            ) | Civil Action No. 00-595<br><br>Judge Donetta W. Ambrose |

## PRAECIPE TO SATISFY JUDGMENT

TO:   Clerk of Courts

Kindly satisfy judgment entered against the Defendants in the above-referenced matter.

TUCKER ARENSBERG, P.C.

By: /s/ Jeffrey J. Leech
    Jeffrey J. Leech, Esquire
    Pa ID# 19814
    1500 One PPG Place
    Pittsburgh, PA 15222
    Attorneys for Plaintiff

LIT:398559-1 000004-010359