**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Praecipe to Satisfy Judgment was served by facsimile and first class, U.S. mail, postage prepaid, this 26th day July, 2006, upon the following:

John E. Rinaman
J. Rinaman Masonry
223 South Clay Street
Zelienople, PA  16063-1130

Virginia Rinaman
480 Grandview Road
Ellwood City, PA  16117


/s/  Jeffrey J. Leech
Jeffrey J. Leech

LIT:398565-1 000004-010359